# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERNAL ALSTON,** | : | **CIVIL ACTION NO. 1:04-CV-2218** |
| **Petitioner** | : | **(Judge Conner)** |
| v. | : | |
| **PENNSYLVANIA BOARD OF PROBATION AND PAROLE, et al.,** | : | |
| **Respondents** | : | |

## ORDER

AND NOW, this 27th day of October 2005, upon consideration of the petition for writ of habeas corpus (Doc. 1), supporting memorandum of law (Doc. 2), answer (Doc. 23) and traverse (Doc. 24), and it appearing that, *inter alia*, petitioner sets forth a claim that he is entitled to a credit of seventeen months against his Pennsylvania state court sentence because he served a period of twenty-six months in state custody on parole violation charges, rather than the nine-month term imposed by the Pennsylvania Board of Probation and Parole, and it appearing that based on this claim, petitioner is seeking a modification of his maximum expiration date, and it further appearing that respondents have not addressed this claim in their answer, it is hereby ORDERED that:

1. Respondents shall file a supplemental answer, including any pertinent documentation, addressing petitioner's Pennsylvania state court sentence credit claim and his request for modification of his maximum expiration date on or before November 7, 2005.

2.        Petitioner may file a supplemental traverse on or before November 17, 2005.

                                                  <u>S/ Christopher C. Conner</u>
                                                  CHRISTOPHER C. CONNER
                                                  United States District Judge